DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RAUL COSME,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-1523

[February 6, 2020]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Edward Merrigan, Judge; L.T. Case Nos. 01-21390 CF10C, 02-761 CF10A and 06-17013 CF10A.

Shirley L. Bates of The Law Office of Shirley L. Bates, Tallahassee, for appellant.

Ashley Moody, Attorney General, Tallahassee, and Matthew Steven Ocksrider, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, CIKLIN and KLINGENSMITH, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***